Christopher J Langley (SBN 258851)
Shioda Langley & Chang LLP
1063 E. Las Tunas Dr.
San Gabriel, CA 91776
951-383-3388
chris@slclawoffice.com

Counsel for Plaintiff,
Linda Steffen

**FILED & ENTERED**

**NOV 29 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte        DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

**CHANGES MADE BY COURT**

| | |
|---|---|
| In re<br><br>WALLACE RAYMOND STEFFEN, JR.,<br><br>Debtor. | Case No. 8:18-bk-14425-SC<br><br>Chapter 7<br><br>Adv No. 8:19-ap-01107-SC |
| LINDA STEFFEN,<br><br>Plaintiff,<br><br>v.<br><br>WALLACE RAYMOND STEFFEN, JR.,<br><br>Defendant. | **JUDGMENT** |

    Pursuant to order Granting Plaintiff Motion for Entry of Final Judgment on the First Claim and Dismissal of the Second Claim of Relief Pursuant to Rule 42(a)(1) entered September 29, 2022, as Docket no 82, judgment is hereby entered in favor of Plaintiff, Linda Steffen and against Wallace Raymond Steffen Jr.

    It is FURTHER ORDERED that all amounts owed under the Ohio Probate Judgment case number 2015PC00056 consisting of the Journal Entry dated February 15, 2018 in the amount of $165,174.52 and the Judgment Entry dated March 20, 2020 in the amount of $212,198.83 for a total amount of $377,373.35 are determined to be non-dischargeable under 11 U.S.C § 523(a)(4).

IT IS FURTHER ORDERED that the Judgment shall bear post-judgment interest at the applicable Ohio interest rate of 4% with interest accruing from original entry dates of February 15, 2018 and March 20, 2020 respectively.

###

Date: November 29, 2022

Scott C. Clarkson
United States Bankruptcy Judge